IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED NOV 2 1 2016 Clerk, U.S. District Court District Of Montana Missoula

| | |
|---|---|
| DANIEL SOTELO-HOLGUIN, | CV 16–130–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| NORTHRIDGE CONSTRUCTION, INC.; and DOES 1-10, Inclusive, | |
| Defendants. | |

Defendant Northridge Construction moves to change venue in this case from the Missoula Division to the Billings Division. (Doc. 4.) Northridge concedes that venue is proper in the Missoula Division, (Doc. 5), and has not shown that "convenience" or "the interest of justice" require transfer. 28 U.S.C. § 1404(a). Northridge's registered agent is located in Missoula County. *See* Local Rule 3.2, Mont. Code Ann. § 25-2-122(2)(c). Accordingly,

IT IS ORDERED that Defendant's motion (Doc. 4) is DENIED.

DATED this 21st day of November, 2016.

Donald W. Molloy, District Judge
United States District Court