IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JUN 21 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| DANIEL SOTELO-HOLGUIN,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHRIDGE CONSTRUCTION, INC.; AGC & COMPANY, LLC, and DOES 1-10, Inclusive,<br><br>Defendants.<br><hr>NORTHRIDGE CONSTRUCTION, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>AGC & COMPANY, LLC,<br><br>Third-Party Defendant. | CV 16 – 130 –M –DWM<br><br>ORDER |

The parties have filed a stipulation of dismissal with prejudice of all claims, third-party claims, and cross claims. (Doc. 32.)

Accordingly, IT IS ORDERED that the above-captioned cause is

1

DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney's fees. All pending motions are MOOT and all deadlines are VACATED.

DATED this 21st day of June, 2017.

Donald W. Molloy, District Judge
United States District Court